## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LANDMARK AMERICAN INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Miscellaneous Action No. 11-0020-KD-B** |
| | ) | |
| **BIENVILLE PROPERTIES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This action is before the Court on the stipulation for dismissal with prejudice filed by plaintiff  Landmark American Insurance Company (doc. 3).   Upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice.**

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this September 16, 2011.


 s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**